UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MCCORMICK & COMPANY, INCORPORATED,<br>　　Plaintiff,<br><br>v.<br><br>PLAINVIEW MILK PRODUCTS COOPERATIVE, and TEDFORD/TELLICO INC.,<br>　　Defendants. | No. 3:09-CV-508<br>(Phillips) |

## ORDER

This matter is before the court on the joint motion of the parties to stay discovery in this case pending settlement negotiations [Doc. 20]. For the good cause stated, the motion is **GRANTED,** whereby this matter is **STAYED**, pending settlement negotiations**.** If the parties settlement negotiations are unsuccessful, any party may move to lift the stay and to proceed with discovery and trial preparation.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　**ENTER:**

　　　　　　　　　　　　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　　　　　　　　　　United States District Judge